UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
KB DISSOLUTION CORP.,

                    Plaintiff,

          -against-                                                      09 Civ. 8565 (LAK)

GREAT AMERICAN OPPORTUNITIES, INC.,

                    Defendant.
------------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

       Defendant's motion to dismiss the complaint [DI 7] has been mooted by the filing of an amended complaint and therefore is denied.

       Plaintiff's motion to dismiss defendant's counterclaim and third party complaint [DI 27] has been mooted by the filing of an amended answer and therefore is denied.

       SO ORDERED.

Dated:      February 4, 2010

                                                            Lewis A. Kaplan
                                              United States District Judge